**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Michael A. Hughes,** | ) | **CASE NO. 1:05 CV 1403** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Madison Local School District,** | ) | **Judgment Entry** |
| **Board of Education,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This Court, having GRANTED Defendant Madison Local School District Board of Education's Motion For Summary Judgment (Doc. 12), hereby enters judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.

      /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 5/11/06